WESLEYAN UNIVERSITY *v.* RISSIL CONSTRUCTION ASSOCIATES, INC., ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 1 Conn. App. 351, is denied.

*Samuel J. Henderson,* in support of the petition.

*George D. Royster, Jr., John W. Lemega* and *Robert J. Hebron,* in opposition.

Decided May 1, 1984

HAROLD NOYES *v.* UNIVERSITY REALTY, INC., ET AL.

The petition of the defendant Anthony J. Mase for certification for appeal from the Appellate Court, 1 Conn. App. 453, is denied.

*Laurence M. Wood,* in support of the petition.

Decided May 10, 1984

IN RE JUVENILE APPEAL (84–3)

The petition of the commissioner of the department of children and youth services for certification for appeal from the Appellate Court, 1 Conn. App. 463, is denied.

*Judith M. Earl,* assistant attorney general, in support of the petition.

*John C. Wirzbicki,* in opposition.

Decided May 10, 1984